UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUPERIOR ENERGY SERVICES LLC,

    Plaintiff,

    v.

CABINDA GULF OIL COMPANY LTD.,

    Defendant.

_____/

No. C 13-2056 PJH

**ORDER RE BRIEFING ON PETITION TO COMPEL ARBITRATION**

    The stipulation of the parties, approved by the court on May 30, 2013, set a briefing schedule on petitioner's petition to compel arbitration without provision for a reply brief. See Dkt. 15. The court therefore considers the matter fully briefed and submitted. The court will either issue a ruling on the petition, or advise the parties that a hearing is necessary. The record is now closed.

    **IT IS SO ORDERED.**

Dated: June 26, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge