UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUPERIOR ENERGY SERVICES, LLC,

    Petitioner,

    v.

CABINDA GULF OIL COMPANY LIMITED,

    Respondent.

Case No. 13-cv-02056-PJH

**ORDER COMPELLING ARBITRATION**

Pursuant to the March 3, 2016, memorandum decision of the Ninth Circuit Court of Appeals reversing the judgment entered December 6, 2013, and remanding for entry of an order compelling arbitration, and under the mandate issued March 31, 2016, the court ORDERS that petitioner Superior Energy Services, LLC, and respondent Cabinda Gulf Oil Company Limited arbitrate the disputes between the parties described in the first amended petition for an order compelling arbitration, consistent with the requirements of the Main Contract identified in the first amended petition. This order compelling arbitration terminates the above-captioned action.

**IT IS SO ORDERED.**

Dated: March 31, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge